

# IN THE
# TENTH COURT OF APPEALS

---

## No. 10-16-00206-CR

## IN RE WILLIAM M. WINDSOR

---

## Original Proceeding

---

## MEMORANDUM OPINION

---

Relator William M. Windsor's first amended petition for writ of mandamus is denied, and his first amended motion for temporary relief is dismissed as moot.

PER CURIAM

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
        (Justice Davis concurring)
Denied
Opinion delivered and filed August 31, 2016
Do not publish
[OT06]

